```
IN RE:                    FILED              CASE NO. 07-53125-S

RANDY MILLER                                 CHAPTER 7
PAMELA A. MILLER     2011 JAN 11 PM 3:35
        Debtors                              REPORT OF DIVIDEND
                                             UNDER FIVE DOLLARS
                     U.S. BANKRUPTCY COURT
                     NORTHERN DISTRICT OF OHIO
                              AKRON
```

Harold A. Corzin, Trustee herein, reports that check #106 in the amount of $10.99 was issued on December 10, 2010 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

Amt. of Dividend

| | | |
|---|---|---|
| Claim #5 | Stephens Pain Recovery Ctr.<br>8961 State Route 14<br>Streetsboro, Ohio 44241 | ( $   3.59 |
| Claim #6 | St. Vincent Charity Hospital<br>c/o Firstcredit Intl. Corp.<br>3250 W. Market St.<br>Fairlawn, Ohio 44333 | ( $    .49 |
| Claim #7 | Sprint Nextel -- Distribution<br>Attn: Bankruptcy Dept<br>PO Box 172408<br>Denver, CO  80217-2408 | ( $   3.30 |
| Claim #8 | Portage Co. Water Resources<br>449 S. Meridian St.<br>P.O. Box 812<br>Ravenna, Ohio 44266 | ( $    .41 |
| Claim #12 | Midwest Verizon Wireless<br>404 Brock Dr<br>Bloomington, IL 61701 | ( $   1.51 |
| Claim #13 | OHIO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER ROAD SUITE 204<br>BRECKSVILLE, OH 44141 | ( $    .63 |
| Claim #14 | Dominion/East Ohio Gas<br>P.O. Box 26785<br>Richmond, VA  23261-6785 | ( $   1.06 |

TOTAL:                                                    $ 10.99

```
                                    _____
                                    HAROLD A. CORZIN, TRUSTEE
                                    304 N. Cleveland-Massillon Rd.
                                    Akron, Ohio 44333
                                    (330) 670-0770
```

Ck # 106
Receipt # 2048

December 11, 2010